## W. R. ARTHUR & CO., INC., *v.* WISCONSIN DEPARTMENT OF TAXATION.

No. 1008.  Decided June 10, 1963.

*Adolph J. Bieberstein, John C. Wickhem* and *George L. Weisbard* for appellant.

*George Thompson,* Attorney General of Wisconsin, and *Harold H. Persons* and *E. Weston Wood,* Assistant Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## LUBLIN *v.* JAMES T. BARNES & CO. ET AL.

No. 1040.  Decided June 10, 1963.

PER CURIAM.

The motion to dispense with printing the jurisdictional statement is granted.

The appeal is dismissed.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.